UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
KEVIN CONTRERAS,
                           Plaintiff,

-against-

CITY OF NEW YORK, et al.,
                           Defendants.
------------------------------------------------------------X

24 Civ. 1518 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

WHEREAS, on May 30, 2024, Defendants filed an Answer to the Complaint;

WHEREAS, this case participates in the Southern District of New York's Local Civil Rule 83.10. It is hereby

**ORDERED** that, by **June 14, 2024**, the parties shall meet and confer and jointly file a letter proposing a schedule in accordance with Rule 83.10.

Dated: June 3, 2024
       New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**