UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
KEVIN CONTRERAS,                                            :
                                        Plaintiff,          :
                                                            :     24 Civ. 1518 (LGS)
                -against-                                   :
                                                            :     ORDER
CITY OF NEW YORK et al,                                     :
                                        Defendants.         :
                                                            :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the Order dated July 25, 2024, required the parties to file a proposed case management plan and joint letter by August 14, 2024;

WHEREAS, the initial pretrial conference is currently scheduled for August 21, 2024, at 4:00 P.M.;

WHEREAS, the parties failed to file the joint letter.  It is hereby

**ORDERED** the parties shall file a joint letter as soon as possible and no later than **August 19, 2024, at 12:00 P.M.**

Dated: August 15, 2024
       New York, New York

                                        LORNA G. SCHOFIELD
                                        UNITED STATES DISTRICT JUDGE