UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                   :

KEVIN CONTRERAS,                   :

                    Plaintiff,   :               24 Civ. 1518 (LGS)

                  -against-     :

                                    :                  ORDER

CITY OF NEW YORK et al,      :

                  Defendants. :

                                    :
-------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, the initial pretrial conference in this matter is scheduled for August 21, 2024;

      WHEREAS, no significant issues were raised in the parties' joint letter or proposed case management plan.  It is hereby

      **ORDERED** that the August 21, 2024, initial pretrial conference is **CANCELED**.  If the parties believe that a conference would nevertheless be useful, they should inform the Court immediately so the conference can be reinstated.  The parties' attention is particularly directed to the provisions for periodic status letters, and the need for a pre-motion letter to avoid cancellation of the final conference and setting of a trial date.  It is further

      **ORDERED** that if Defendants seek to file a motion to dismiss, they shall file a pre-motion letter pursuant to Individual Rules III.A.1 and III.C.2.

      The parties should be aware that the Court does not extend the deadlines for fact and expert discovery absent compelling circumstances.

Dated: August 19, 2024
       New York, New York

                                 **LORNA G. SCHOFIELD**
                           **UNITED STATES DISTRICT JUDGE**