UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                               :

KEVIN CONTRERAS,                             :

                         Plaintiff,     :

                                           :             24 Civ. 1518 (LGS)

             -against-             :

                                           :               ORDER

CITY OF NEW YORK, et al.,             :

                     Defendants. :

                                           :

------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the Order dated August 5, 2024, required the parties to file a status letter on

November 6, 2024, as outlined in Individual Rule III.D.3;

WHEREAS, the parties failed to submit the letter.  It is hereby

**ORDERED** that, by **November 13, 2024**, the parties shall file the joint letter.

Dated: November 7, 2024
       New York, New York

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**