UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
KEVIN CONTRERAS,

                            Plaintiff,                      24-CV-1518 (JAV)

         -v-                                                ORDER

CITY OF NEW YORK, ASHLEY RODRIGUEZ,
JOSHUA MOSCOSO, and STEVEN GOMEZ,

                          Defendants.
------------------------------------------------------------------X

JEANNETTE A. VARGAS, United States District Judge:

      Plaintiff's request for leave to file a motion to amend the complaint is GRANTED. Parties should note that the motion to amend the complaint must be made in accordance with the Court's Individual Rules, including the requirement that the moving party must file with the motion a redline showing all differences between the operative complaint and the proposed amended complaint. If the motion is on consent, Plaintiff may file a letter-motion with the proposed amended complaint and redline attached. Plaintiff is directed to file the motion by March 9, 2025.

      The pre-trial conference on March 4, 2025, at 2:30 p.m. will proceed as scheduled. The parties should be prepared to discuss the following at the conference: (1) the contemplated motion to amend the complaint and how it will affect the timing of any summary judgment briefing; and (2) the anticipated motion for summary judgment, including setting a briefing schedule.

      SO ORDERED.

Dated: February 28, 2025                                            _____
      New York, New York                                    JEANNETTE A. VARGAS

2

United States District Judge