

| | | |
|---|---|---|
| **MURIEL GOODE-TRUFANT**<br>*Corporation Counsel* | THE CITY OF NEW YORK<br>**LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | **ELISSA JACOBS**<br>*Senior Counsel*<br>phone: (212) 356-3540<br>mobile: (646) 384-5885<br>ejacobs@law.nyc.gov |

August 18, 2025

**BY ECF**
Honorable Jeannette A. Vargas
United States District Court Judge
Southern District of New York
40 Foley Square
New York, NY 10007

**MEMO ENDORSED**

    Re: <u>Kevin Contreras v. City of New York et al.</u>, 24 Civ. 1518 (JAV)

Your Honor:

  I am a Senior Corporation Counsel in the Office of Muriel Goode-Trufant, Corporation Counsel of the City of New York, and the attorney representing the Defendants in the above captioned matter. Defendants write to respectfully request a second extension of Defendants' time to submit a motion for Summary Judgment, from August 19, 2025 until August 29, 2025 as a result of counsel's illness. Plaintiff's counsel, Cody Warner, does not consent to this request.

  By way of background, plaintiff brings claims of false arrest, malicious prosecution, excessive force, failure to intervene, denial of right to a fair trial, as well as relevant state law claims against Defendants. Previously, defendants requested and were granted a *nunc pro tunc* extension of time until August 19th, 2025 to submit their motion for summary judgment. This request was made due to my oversight during the transfer of this case. I have been diligently working to comply with that deadline. However, I have been ill since Thursday, and, while I had hoped to have recovered by now, I am still not feeling well enough to complete the papers. In addition, I have a pre-scheduled vacation beginning Thursday, August 21st until Tuesday, August 26th. Therefore, I am requesting a second extension until August 29th in order to submit Defendants' moving papers. While Plaintiff has indicated that he cannot consent "given the posture of this case," plaintiff has not identified any prejudiced he would suffer as a result of this second extension.

  I thank the Court for its time and attention to this matter.

Respectfully submitted,

/s/ *Elissa Jacobs*

Elissa Jacobs
*Senior Counsel, Counsel for the Defendants*
Special Federal Litigation
Office of the Corporation Counsel
    100 Church St., 4th Floor
New York, New York 10007
ejacobs@law.nyc.gov

Cc: **VIA ECF**
    All Counsel of record

The deadline for Defendants' motion for summary judgment is hereby EXTENDED to August 29, 2025. Plaintiff's opposition papers will be due September 12, 2025, and Defendants' reply is due September 19, 2025.

The Clerk of Court is directed to terminate ECF No. 57.

SO ORDERED.

Dated: 8/18/2025

HON. JEANNETTE A. VARGAS
UNITED STATES DISTRICT JUDGE